LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

77 Water Street, Suite 2100
New York, New York 10005
Telephone: 212.232.1300
Fax: 212.232.1399
www.lewisbrisbois.com

**MICHAEL N. GIACOPELLI**
DIRECT DIAL: 212.232.1361
MICHAEL.GIACOPELLI@LEWISBRISBOIS.COM

File No.
29964.174

June 13, 2016

**VIA ECF**

Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
T: 718-613-2350
F: 718-613-2355

  Re: <u>D.B., Jr. an infant by his mother and natural guardian JENNIFER BLAFFORD and JENNIFER BLAFFORD, individually v. HOME DEPOT U.S.A., INC.</u>
     Docket No.: 1:16-cv-02533-RRM-RLM

Dear Judge Mann:

  This firm represents Defendant Home Depot U.S.A., Inc. in the above referenced matter.

  In regard to our firm's efforts to comply with the Court's directive, please be advised that on Friday, June 3, 2016, my secretary, Mary Parker, contacted the ECF HelpDesk seeking assistance in the amendment of the caption to use initials in place of infant/plaintiff's name. She was informed that the matter appeared to have been corrected as shown on the docket and that no further action was needed. To confirm, she left a voice mail message with "Case Openings" (718-613-2286). Ms. Parker followed up on Monday and was once again directed to voicemail.

  Your Honor, please be aware that this delay was not intentional and that Docket Entries #'s 1 and 2 have been re-filed as of today.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI •
NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • WASHINGTON • WEST VIRGINIA
4813-1078-2258.1

Thank you for Your Honor's attention to this matter.

Very truly yours,

Michael N. Giacopelli of
LEWIS BRISBOIS BISGAARD & SMITH LLP

MNG:MAP